**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MACKO, KENNETH R § Case No. 09-37448
      MACKO, JODI § 
 § 
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    RICHARD M. FOGEL, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:  $277,900.00 | Assets Exempt:  $42,850.00 |
| Total Distribution to Claimants: $11,901.63 | Claims Discharged Without Payment:  $96,903.60 |
| Total Expenses of Administration: $2,155.52 | |

    3)  Total gross receipts of $ 15,057.15 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 1,000.00 (see **Exhibit 2**), yielded net receipts of $14,057.15 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $253,653.95 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,155.72 | 2,155.52 | 2,155.52 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 101,619.98 | 52,583.25 | 52,583.25 | 11,901.63 |
| **TOTAL DISBURSEMENTS** | $355,273.93 | $54,738.97 | $54,738.77 | $14,057.15 |

    4) This case was originally filed under Chapter 7 on October 07, 2009. . The case was pending for 10 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8** . The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9** .

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/05/2010     By: /s/RICHARD M. FOGEL
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| Inheritance | 1129-000 | 15,053.81 |
| Interest Income | 1270-000 | 3.34 |
| **TOTAL GROSS RECEIPTS** | | **$15,057.15** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Jodi Macko | 735-5/12-1001(b) exemption | 8100-002 | 1,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,000.00** |

### EXHIBIT 3 −SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Volkswagen Credit | 4110-000 | 7,410.57 | N/A | N/A | 0.00 |
| Village Centre LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Wells Fargo | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| Wells Fargo | 4110-000 | 244,263.38 | N/A | N/A | 0.00 |
| Village Centre LLC | 4110-000 | 1,980.00 | N/A | N/A | 0.00 |
| Village Centre LLC | 4110-000 | 0.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | **$253,653.95** | **$0.00** | **$0.00** | **$0.00** |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| RICHARD M. FOGEL | 2100-000 | N/A | 2,155.72 | 2,155.52 | 2,155.52 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,155.72 | 2,155.52 | 2,155.52 |

### EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase Bank USA, N.A. | 7100-000 | unknown | 6,461.90 | 6,461.90 | 1,462.58 |
| Chase Bank USA, N.A. | 7100-000 | 4,185.30 | 4,304.02 | 4,304.02 | 974.17 |
| American Express Centurion Bank | 7100-000 | 11,805.91 | 11,650.60 | 11,650.60 | 2,636.98 |
| PYOD LLC, as assignee of Citibank | 7100-000 | 782.69 | 985.71 | 985.71 | 223.10 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| CAPITAL ONE BANK (USA), N.A., by American Infosource, | 7100-000 | 4,540.97 | 4,548.63 | 4,548.63 | 1,029.53 |
| Fia Card Services, NA/Bank of America | 7100-000 | 6,408.23 | 7,021.80 | 7,021.80 | 1,589.31 |
| Fia Card Services, NA/Bank of America | 7100-000 | 8,959.78 | 9,381.02 | 9,381.02 | 2,123.29 |
| Sallie Mae | 7100-000 | 8,715.12 | 8,229.57 | 8,229.57 | 1,862.67 |
| Care Credit | 7100-000 | 9,680.63 | N/A | N/A | 0.00 |
| GE Money Bank | 7100-000 | 2,187.31 | N/A | N/A | 0.00 |
| GE Money LOC | 7100-000 | 13,572.98 | N/A | N/A | 0.00 |
| HSBC | 7100-000 | 8,145.07 | N/A | N/A | 0.00 |
| Wells Fargo | 7100-000 | 5,544.37 | N/A | N/A | 0.00 |
| Chase | 7100-000 | 3,625.62 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 13,466.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 101,619.98 | 52,583.25 | 52,583.25 | 11,901.63 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 09-37448  
**Case Name:** MACKO, KENNETH R  
MACKO, JODI  
**Period Ending:** 08/05/10

**Trustee:** (330720) RICHARD M. FOGEL  
**Filed (f) or Converted (c):** 10/07/09 (f)  
**§341(a) Meeting Date:** 11/19/09  
**Claims Bar Date:** 03/11/10

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | Real Property (See Footnote) | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on Hand | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Bank accounts | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 4 | Bank accounts | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household Goods and Furnishings | 5,650.00 | 1,000.00 | DA | 0.00 | FA |
| 6 | Books and art objects | 400.00 | 0.00 | DA | 0.00 | 0.00 |
| 7 | Wearing apparel | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | Furs and Jewelry | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | Firearms and Hobby Equipment | 1,000.00 | 0.00 | DA | 0.00 | 0.00 |
| 10 | Automobiles and other vehicles | 3,500.00 | 600.00 | DA | 0.00 | FA |
| 11 | Automobiles and other vehicles | 10,300.00 | 100.00 | DA | 0.00 | FA |
| 12 | Inheritance | 12,000.00 | 11,000.00 | | 15,053.81 | FA |
| 13 | Cause of action | Unknown | 0.00 | DA | 0.00 | 0.00 |
| Int | INTEREST (u) | Unknown | N/A | | 3.34 | FA |
| 14 | Assets Totals (Excluding unknown values) | **$289,900.00** | **$12,700.00** | | **$15,057.15** | **$0.00** |

RE PROP# 1     Stay modified 11-25-09

---

**Major Activities Affecting Case Closing:**

Monitoring disbursement of post-petition inheritance

**Initial Projected Date Of Final Report (TFR):**   June 30, 2010     **Current Projected Date Of Final Report (TFR):**   June 3, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| **Case Number:** | 09-37448 | | **Trustee:** | RICHARD M. FOGEL (330720) |
| --- | --- | --- | --- | --- |
| **Case Name:** | MACKO, KENNETH R | | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | MACKO, JODI | | **Account:** | \*\*\*-\*\*\*\*\*50-65 - Money Market Account |
| **Taxpayer ID #:** | \*\*-\*\*\*2977 | | **Blanket Bond:** | $5,000,000.00 (per case limit) |
| **Period Ending:** | 08/05/10 | | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 02/25/10 | {12} | DEVON BANK | Jodi Macko's inheritance | 1129-000 | 15,053.81 | | 15,053.81 |
| 03/01/10 | | To Account #\*\*\*\*\*\*\*\*5066 | Account Transfer | 9999-000 | | 1,000.00 | 14,053.81 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.59 | | 14,054.40 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.09 | | 14,054.49 |
| 04/06/10 | | Wire out to BNYM account 9200\*\*\*\*\*\*5065 | Wire out to BNYM account 9200\*\*\*\*\*\*5065 | 9999-000 | -14,054.49 | | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,000.00 | 1,000.00 | $0.00 |
| | | | Less: Bank Transfers | | -14,054.49 | 1,000.00 | |
| | | | **Subtotal** | | 15,054.49 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,054.49** | **$0.00** | |

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 09-37448  
**Case Name:** MACKO, KENNETH R  
MACKO, JODI  
**Taxpayer ID #:** **-***2977  
**Period Ending:** 08/05/10  

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****50-66 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 03/01/10 | | From Account #********5065 | Account Transfer | 9999-000 | 1,000.00 | | 1,000.00 |
| 03/02/10 | 101 | Jodi Macko | 735-5/12-1001(b) exemption | 8100-002 | | 1,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 1,000.00 | 1,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 1,000.00 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 1,000.00 | |
| | | | Less: Payments to Debtors | | | 1,000.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $0.00 | |

{} Asset reference(s)

Printed: 08/05/2010 10:19 AM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 09-37448
**Case Name:** MACKO, KENNETH R
MACKO, JODI
**Taxpayer ID #:** **-***2977
**Period Ending:** 08/05/10

**Trustee:** RICHARD M. FOGEL (330720)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******50-65 - Money Market Account
**Blanket Bond:** $5,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | Wire in from JPMorgan Chase Bank, N.A. account ********5065 | 9999-000 | 14,054.49 | | 14,054.49 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.67 | | 14,055.16 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.83 | | 14,055.99 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.81 | | 14,056.80 |
| 07/14/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.35 | | 14,057.15 |
| 07/14/10 | | To Account #9200******5066 | Close account and transfer for final distributions | 9999-000 | | 14,057.15 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 14,057.15 | 14,057.15 | $0.00 |
| | | | Less: Bank Transfers | | 14,054.49 | 14,057.15 | |
| | | | **Subtotal** | | 2.66 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$2.66** | **$0.00** | |

{} Asset reference(s)

Printed: 08/05/2010 10:19 AM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 09-37448  
**Case Name:** MACKO, KENNETH R  
MACKO, JODI  
**Taxpayer ID #:** **-***2977  
**Period Ending:** 08/05/10

**Trustee:** RICHARD M. FOGEL (330720)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******50-66 - Checking Account  
**Blanket Bond:** $5,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 07/14/10 | | From Account #9200******5065 | Close account and transfer for final distributions | 9999-000 | 14,057.15 | | 14,057.15 |
| 07/15/10 | 10102 | RICHARD M. FOGEL | Trustee Compensation | 2100-000 | | 2,155.52 | 11,901.63 |
| 07/15/10 | 10103 | Chase Bank USA, N.A. | 22.63% dividend on claim # 1 Ref: 9328 | 7100-000 | | 1,462.58 | 10,439.05 |
| 07/15/10 | 10104 | Chase Bank USA, N.A. | 22.63% dividend on claim # 2, Ref: 9328 | 7100-000 | | 974.17 | 9,464.88 |
| 07/15/10 | 10105 | American Express Centurion Bank | 22.63% dividend on claim # 3, Ref. 1002 | 7100-000 | | 2,636.98 | 6,827.90 |
| 07/15/10 | 10106 | PYOD LLC, as assignee of Citibank | 22.63%  dividend on claim #4, Ref: 1715 | 7100-000 | | 223.10 | 6,604.80 |
| 07/15/10 | 10107 | CAPITAL ONE BANK (USA), N.A., by American Infosource, | 22.63% dividend on claim #5, Ref: 6951 | 7100-000 | | 1,029.53 | 5,575.27 |
| 07/15/10 | 10108 | FIA Card Services, NA/Bank of America | 22.63% dividend on claim # 6, Ref: 7802 | 7100-000 | | 1,589.31 | 3,985.96 |
| 07/15/10 | 10109 | FIA Card Services, NA/Bank of America | 22.63% dividend on claim # 7, Ref: 0122 | 7100-000 | | 2,123.29 | 1,862.67 |
| 07/15/10 | 10110 | Sallie Mae | 22.63% dividend on claim #8, Ref: 3901 | 7100-000 | | 1,862.67 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | | 14,057.15 | 14,057.15 | $0.00 |
| Less: Bank Transfers | | 14,057.15 | 0.00 | |
| **Subtotal** | | 0.00 | 14,057.15 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$0.00** | **$14,057.15** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # ***-*****50-65** | 15,054.49 | 0.00 | 0.00 |
| **Checking # ***-*****50-66** | 0.00 | 0.00 | 0.00 |
| **MMA # 9200-******50-65** | 2.66 | 0.00 | 0.00 |
| **Checking # 9200-******50-66** | 0.00 | 14,057.15 | 0.00 |
| | **$15,057.15** | **$14,057.15** | **$0.00** |

{} Asset reference(s)  
Printed: 08/05/2010 10:19 AM   V.12.52